## THE PEOPLE v. FIGUEROA.

### APPEAL from the District Court of Guayama.

No. 169.—Decided March 29, 1909.

PENAL LAW—APPEAL—STATEMENT OF FACTS—BRIEF—FUNDAMENTAL ERRORS.—
There being no bill of exceptions, nor statement of facts, and no errors appearing in the proceedings, the judgment appealed from must be affirmed.

The facts are stated in the opinion.
The appellant did not appear.
*Mr. Rossy, fiscal,* for respondent.
MR. JUSTICE WOLF delivered the opinion of the court.

The appellant in this case was convicted by the municipal court of Salinas and the District Court of Guayama of playing "Monte," which game is prohibited by article 299 of the Penal Code, and was sentenced to a fine of $30 or in default thereof to be imprisoned for 30 days. He took an appeal to this court but no statement of facts, bill of exceptions or brief has been presented here on his behalf, and the record not showing that any fundamental error has been committed the judgment of the trial court must be affirmed.

*Affirmed.*

Acting Chief Justice Hernández and Justices Figueras and MacLeary concurred.